# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2408
LT Case No. 2019-CA-001779-A

_____

RACHELLE VANDORN F/K/A
RACHELLE MARTIN,

     Appellant,

     v.

DEUTSCHE BANK TRUST
COMPANY AMERICAS, JOSEPH B.
MARTIN, HERITAGE PARK OF ST.
AUGUSTINE HOMEOWNERS
ASSOSICATION, INC., DCS
MORTAGE INC., AND LIONSTONE,
LLC,

     Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Kenneth J. Janesk, Judge.

Rachelle Vandorn, Valley Center, pro se.

No Appearance for Appellees.

October 3, 2023

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., JAY, and BOATWRIGHT, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---